IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

_____

| | |
|---|---|
| BARRY KEITH FLYNN, | ) **DISMISSAL ORDER &** |
| | ) **MEMORANDUM DECISION** |
|     Plaintiff, | ) |
| | ) Case No. 1:13-CV-31 CW |
|   v. | ) |
| | ) District Judge Clark Waddoups |
| SALT LAKE COUNTY et al., | ) |
| | ) |
|     Defendants. | ) |

_____

    Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's February 19, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

    DATED this 15th day of May, 2013.

                BY THE COURT:

                _____
                JUDGE CLARK WADDOUPS
                United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).